IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01092-PAB-MJW

STANLEY M. POHL,
ZINAIDA Q. POHL, and
PRINCE SONG CAMBILARGIU,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO
BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A., AS
TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST,
ASSET-BACKED CERTIFICATES, SERIES 2007-4; and
"ALL PERSONS OR ENTITIES CLAIMING ANY LEGAL OR EQUITABLE RIGHT,
TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THIS
COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON
PLAINTIFF'S TITLE THERETO", and
DOES 1-20,

Defendant(s).

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFFS

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case, entered by Judge Philip A. Brimmer on May 6, 2013.  (Docket No. 4).

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> June 6, 2013, at 11:00 a.m
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFFS SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that plaintiffs shall forthwith serve **each defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiffs shall:

1. Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules:  (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 6th day of May, 2013.

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge