IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01092-PAB-MJW

STANLEY M. POHL,
ZINAIDA Q. POHL, and
PRINCE SONG CAMBILARGIU,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO
BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A., AS
TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST,
ASSET-BACKED CERTIFICATES, SERIES 2007-4;

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiffs' Combined Motion for Stay of Discovery Order, and Request for Determination of Defendant's 12(b)(6) Motion and Plaintiff's [sic] Opposition to Defendant's 12(b)(6) Motion (Docket No. 38) is granted in part and denied in part.  The motion is denied with respect to plaintiffs' request to stay discovery. The motion is granted to the extent that a report and recommendation on the pending motion to dismiss will be issued in due course.

Date: January 10, 2014